IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARION WALDROP, on behalf of himself
and all others similarly situated,

     Plaintiff,

v.

WESTROCK COMPANY,

     Defendant.

Civil Action File No. _____

## <u>NOTICE OF REMOVAL</u>

Defendant WestRock Company ("WestRock") hereby files this Notice of Removal of this action from the Superior Court of Henry County, Georgia, wherein it is now pending, to the United States District Court for the Northern District of Georgia. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support hereof, Westrock respectfully shows this Court as follows:

1. On May 31, 2022, Plaintiff filed a lawsuit in the Superior Court of Henry County, entitled *Marion Waldrop, on behalf of himself and all others similarly situated v. Westrock Company* (the "State Court Action").

2. WestRock was served with the Summons and Complaint on July 25, 2022. *See* Ex. A.

3. This Notice is being filed with this Court within thirty (30) days after WestRock was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4.      Attached hereto as <u>Exhibit A</u> are copies of the Summons and Complaint served upon WestRock in the State Court Action, along with copies of all process and pleadings in the State Court Action.

5.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331. Specifically, Plaintiff asserts claims under 15 U.S.C. § 1681b(b)(2) of the federal Fair Credit Reporting Act ("FCRA").  *See* Ex. A, Compl.  Plaintiff's Complaint asserts that Defendant's alleged conduct harmed him and putative class members.  *Id.*, ¶¶ 21-36.

6.      Venue lies in the U.S. District Court for the Northern District of Georgia pursuant to 28 U.S.C.§§ 90(a)(2), 1391, 1441(a) and 1446(a).  This action was originally brought in the Superior Court of Henry County, Georgia, and thus should be removed to this Court.

7.      This Notice is being served on all adverse parties, and a copy is being filed in the State Court pursuant to 28 U.S.C. § 1446(d).  A copy of this notice to the State Court is attached hereto as <u>Exhibit B</u>.

8.      By filing this Notice of Removal, Defendant neither concedes nor waives any defense or motion relating to this action.

WHEREFORE, WestRock submits that this action properly is removable based on original federal question jurisdiction and respectfully requests that the above-described action pending against it be removed to the to the U.S. District Court for the Northern District of Georgia.

DATED this 24th day of August, 2022

Respectfully submitted,

/s/ *Michael A. Merar*
Michael A. Merar
GA Bar No. 966038
Email: mamerar@seyfarth.com
SEYFARTH SHAW LLP
700 Milam St., Suite 1400
Houston, Texas 77002-2797
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

*Counsel for Defendant*
*WestRock Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2022, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all participants and attorneys of record.  Copies are also being sent by electronic mail.


/s/ *Michael A. Merar*
Michael A. Merar
*Counsel for Defendant*
*WestRock Company*